DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SANDRA TRUJILLO NORTH and PHILIP DOUGLAS NORTH,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D16-1960

[October 11, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 2012CA00912XXXMB.

Kenzie N. Sadlak of Kenzie N. Sadlak, PA, Miami, for appellant.

Michele L. Stocker of Greenberg Traurig, P.A., Fort Lauderdale, and Kimberly S. Mello, Laura J. Bassini, and Joseph Picone of Greenberg Traurig, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

DAMOORGIAN, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***